UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES BOREN and CYNDI BOREN, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-13-2160 |
| | § | |
| US NATIONAL BANK ASSOCIATION, | § | |
| | § | |
| *Defendant*. | § | |

### ORDER

Pending before the court is the Magistrate Judge's Memorandum and Recommendation (Dkt. 12) (hereinafter "M&R") recommending that Plaintiffs Charles and Cyndi Borens' Motion to Remand (Dkt. 5) be denied. The Borens did not file objections to the M&R. Having considered the M&R, all related filings, and the applicable law, the court is of the opinion that the M&R should be adopted by this court. The M&R (Dkt. 12) is therefore **ADOPTED** in its entirety. The Borens' Motion to Remand (Dkt. 5) is **DENIED**.

It is so ORDERED.

Signed at Houston, Texas on November 12, 2013.

_____
Gray H. Miller
United States District Judge